1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10

11

12

13

14

15

| | |
|---|---|
| JOHNATHON CATO, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ADTRAN, INC., a foreign profit corporation doing business as ADTRAN; and DOES 1-20,<br><br>　　　　　Defendants. | Case No.<br><br>NOTICE OF REMOVAL |

16

TO:　　　　Johnathon Cato, Plaintiff, and his counsel of record

17

18

AND TO:　　THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE
　　　　　　WESTERN DISTRICT OF WASHINGTON AT TACOMA

19

20

21

22

　　　　Pursuant to 28 U.S.C. § 1332 and § 1441, Defendant Adtran, Inc. ("Adtran") hereby provides notice of the removal of the above-entitled action from the Superior Court of the State of Washington for Clark County to the United States District Court for the Western District of Washington at Tacoma.  The grounds for removal are as follows:

23

24

25

26

　　　　1.　　　This case was commenced in the Clark County Superior Court of the State of Washington by the filing of Plaintiff Johnathon Cato's Summons and Complaint for Damages as Cause Number 23-2-03238-06.  A copy of the Complaint ("Complaint") is attached to this Notice of Removal as Exhibit A.

NOTICE OF REMOVAL - 1

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone 206.624.0900

1    2.    Defendant Adtran was served with the Complaint on November 29, 2023.

2    Declaration of Christopher T. Wall ("Wall Decl."), ¶ 3.

3    3.    This Notice is being filed with this Court within thirty (30) days after Defendant

4    Adtran was served. Wall Decl. ¶ 4.

5    4.    Adtran is a Delaware corporation, with its principal place of business located in

6    Huntsville, Alabama. Wall Decl. ¶ 5. Plaintiff is a resident of Washington State. Complaint, ¶

7    6. Therefore, the parties are diverse under 28 U.S.C. § 1332 and 28 U.S.C. § 1441.

8    5.    The Complaint asserts claims for statutory damages, actual damages, costs and

9    expenses, and attorney's fees. Complaint, ¶ 39–41. Among other damages, Plaintiff is seeking

10   actual damages (such as lost earnings) and/or a statutory penalty of five thousand dollars, plus

11   attorneys' fees, costs, and expenses incurred—whichever is greater—pursuant to RCW

12   49.62.080. Complaint, ¶ 39–41. The Complaint claims that Plaintiff Johnathon Cato lost

13   economic opportunities as a result of allegedly unlawful restrictive covenants and restraint of

14   trade. *See generally*, Complaint. Plaintiff alleges that his base salary at Adtran was $43,000 per

15   year and he was eligible for additional commissions. Complaint, ¶ 18. Plaintiff alleges he

16   entered into a severance agreement with allegedly violative restrictive terms with Adtran on or

17   around June 14, 2023. Complaint, ¶ 13. Plaintiff also alleges these restrictions caused him to

18   lose the ability to work for certain companies since that time. Complaint, ¶ 20 ("since his

19   employment with Defendant ended"). Thus, Plaintiff's alleged actual damages claim, as pleaded

20   in the Complaint, is for approximately six months of lost earnings and any other actual loss. On

21   top of that, the attorneys' fees in this matter will easily place the amount in controversy over the

22   $75,000.00 requirement for diversity jurisdiction, as discussed in *Fritsch v. Swift Transp. Co. of*

23   *Ariz., LLC*, 899 F.3d 785, 793 (9th Cir. 2018).

24   6.    Accordingly, this court has original subject matter jurisdiction over the above-

25   entitled action pursuant to 28 U.S.C. § 1332. The above-entitled action may be properly

26   removed to this United States District Court pursuant to 28 U.S.C. § 1441.

NOTICE OF REMOVAL - 2

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

1         7.     The Western District of Washington at Tacoma is the judicial district embracing

2   the place where this action is pending.  28 U.S.C. § 128(b).

3         8.     In accordance with 28 U.S.C. § 1446(d), copies of this Notice of Removal will be

4   served on Plaintiff and filed with the Clerk of the Superior Court for the State of Washington for

5   Clark County.

6         9.     Defendant Adtran does not waive any defense to the Complaint, including but not

7   limited to lack of service, improper service, or lack of personal jurisdiction.

8   ///

9   ///

10   ///

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26

NOTICE OF REMOVAL - 3

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*

DATED: December 19, 2023

STOEL RIVES LLP

*s/ James M. Shore*

James M. Shore, WSBA No. 28095
jim.shore@stoel.com
600 University Street, Suite 3600
Seattle, WA  98101
Telephone:  206.624.0900
Facsimile:  206.386.7500

*s/ Christopher T. Wall*

Christoper T. Wall, WSBA No. 45873
Christopher.wall@stoel.com
600 University Street, Suite 3600
Seattle, WA  98101
Telephone:  206.624.0900
Facsimile:  206.386.7500

*s/ Jacqueline Middleton*

Jacqueline Middleton, WSBA 52636
jacqueline.middleton@stoel.com
600 University Street, Suite 3600
Seattle, WA  98101
Telephone:  206.624.0900
Facsimile:  206.386.7500

*s/ Aaron R. Doyer*

Aaron R. Doyer, WSBA No. 60095
aaron.doyer@stoel.com
600 University Street, Suite 3600
Seattle, WA  98101
Telephone:  206.624.0900
Facsimile:  206.386.7500

*Attorneys for Defendant*
*Adtran, Inc.*

NOTICE OF REMOVAL - 4

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that I served the foregoing on the following counsel on the date indicated

3    below via the method indicated:

4

5    Timothy W. Emery                          ☒ U.S. Mail, postage prepaid
     Patrick B. Reddy                          ☒ email delivery
6    Paul Cipriani
     Emery Reddy, PLLC
7    600 Stewart Street, Suite 1100
     Seattle, WA 98101
8    Email: emeryt@emeryreddy.com
     Email: reddyp@emeryreddy.com
9    Email: paul@emeryreddy.com

10

11

12                                             *s/ Melissa Wood*
                                               Melissa Wood, Legal Practice Assistant
13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF REMOVAL - 5

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*